Decided April 19, 2002

VICTOR CIVIE ET AL. *v.* PLAN AND ZONING COMMISSION OF THE TOWN OF ORANGE

The plaintiffs' petition for certification for appeal from the Appellate Court is dismissed.

*Victor Civie*, pro se, and *Richard Civie*, pro se, in support of the petition.

*Brian M. Stone*, in opposition.

Decided April 19, 2002